UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DARNELL FOREST,                      )
                                     )
            Plaintiff,               )
                                     )
      vs.                            )      No. 4:07CV258-DJS
                                     )
BARNES JEWISH HOSPITAL and           )
PATRICK BARNES,                      )
                                     )
            Defendants.              )

## ORDER OF PARTIAL DISMISSAL

      Pursuant to the order entered herein this day,

      **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that all
plaintiff's claims in his first amended complaint are dismissed on
the basis of res judicata except plaintiff's Title VII, 42 U.S.C.
§ 1981, and Age Discrimination in Employment Act claims of
retaliatory discharge, failure to promote in February 2006 to the
Senior Staff Review position, and disparate training in the summer
of 2006.

Dated this ___26th___ day of July, 2007.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE