UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL FOREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07CV258-DJS |
| | ) |
| BARNES JEWISH HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court are defendants' motions to quash plaintiff's requests for admission [Docs. #83, 85, 87]. These matters have been briefed and are ready for disposition.

Defendants state that, pursuant to the Court's December 3, 2007, order, discovery in this case was to be completed on or before January 31, 2008. Defendants further state that on February 20, 25, and 27, 2008, plaintiff served on defendants requests for admission. Defendants move the Court to quash plaintiff's discovery requests as untimely.

On December 3, 2007, the Court ordered that all discovery in the case be completed no later than January 31, 2008. See Doc. #47. Plaintiff's requests for admission are subject to the deadline for the completion of all discovery set forth by the Court, thus, they are untimely. Although plaintiff is proceeding pro se, pro se litigants are not excused from complying with court orders or substantive and procedural law. See Am. Inmate Paralegal Ass'n v. Cline, 859 F.2d 59, 61 (8th Cir. 1988). The Court will

therefore grant defendants' motions to quash plaintiff's requests for admission as untimely.

**IT IS HEREBY ORDERED** that defendants' motions to quash plaintiff's requests for admission [Docs. #83, 85, 87] are granted.

**IT IS FURTHER ORDERED** that plaintiff's first set of requests for admission directed to defendant Patrick Barnes, plaintiff's first set of requests for admission directed to defendant Genelda Cornelison, and plaintiff's first set of requests for admission directed to defendant Mary Arnold are hereby quashed.

Dated this __7th__ day of April, 2008.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE